In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

**NO. 09-15-00422-CR**
_____

**IN RE CAROL ANN DAVIS**

_____

**Original Proceeding**
**359th District Court of Montgomery County, Texas**
**Trial Cause No. 13-03-02547-CR**

_____

**MEMORANDUM OPINION**

In a petition for a writ of mandamus or prohibition, Carol Ann Davis asks
that we compel the judge of the 359th District Court of Montgomery County to
stay her trial pending the Court's resolution of Davis's appeal of the denial of her
pre-trial application for a writ of habeas corpus.[1] After reviewing the petition and
appendix, we conclude Davis has failed to establish that the trial court either
denied a motion that it had a ministerial duty to grant or refused to rule on a motion

_____

[1]*See generally Ex parte Davis*, No. 09-15-00063-CR, 2015 WL 6121521, at
*1 (Tex. App.—Beaumont Oct. 14, 2015, no pet. h.) (mem. op., not designated for
publication).

1

properly filed and before the court. Davis has not shown that she has a clear right to the relief sought under "unequivocal, well-settled . . . and clearly controlling legal principles." *Simon v. Levario*, 306 S.W.3d 318, 320 (Tex. Crim. App. 2009). Accordingly, we deny the petition. *See* Tex. R. App. P. 52.8(a).

 PETITION DENIED.


               PER CURIAM


Submitted on October 27, 2015
Opinion Delivered October 28, 2015
Do Not Publish

Before McKeithen, C.J., Kreger and Horton, JJ.